### W. A. CORLEY et al. v. STATE.

No. A-2091.   Opinion Filed November 1, 1913.

Appeal from County Court, Adair County;
John A. Goodall, Judge.

W. A. Corney, F. A. Blanck, Linus A. Williams, and R. R. McCloud were convicted of misdemeanor in the county court of Adair county, and appeal. Dismissed.

Curtis & Pitchford, W. P. Harris, and Percival Adams, for plaintiffs in error.

J. J. Davenport, Asst. Atty. Gen. (W. W. Hastings, of counsel), for the State.

PER CURIAM. The appeal in this case was filed on the 18th day of September, 1913, and the plaintiffs in error by their counsel, on the 8th day of October, 1913, filed a motion asking the court to dismiss their appeal. The motion is sustained and the appeal accordingly dismissed. Mandate ordered forthwith.